UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Robert N. Britton,

Plaintiff,

vs. NOTICE OF HEARING

U.S.S. Great Lakes Fleet, Inc.,

Defendant. Civ. No. 00-2160 (PAM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 12th day of January, 2001.

* * *

On December 26, 2000, this Court received, among other things, Plaintiff's Motion for Leave to File a First Amended Complaint. The Motion was lacking a Notice of Motion, Affidavits and Exhibits and Memorandum of Law, pursuant to LR 7.1 - Civil Motion Practice of the United States District Court for the District of Minnesota. Counsel is directed to familiarize himself with the Motion practice of this District.

Pursuant to Title 28 U.S.C. §636(b)(1)(A), the Motion of the Plaintiff for Leave to File a First Amended Complaint is set for Hearing before the undersigned on **Thursday, February 1, 2001, at**

FILED JAN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK J.H.

(25)

**2:30 p.m.**, in Court Room 3, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE