UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

ROBERT N. BRITTON,

Plaintiff,

vs

USS GREAT LAKES FLEET, INC.,

Defendant.

Case No: 00-2160 PAM/RLE
HON. PAUL A. MAGNUSON

---

**ORDER TO AMEND COMPLAINT**

This matter having come before the Court upon stipulation of the parties herein, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff is granted leave to file a First Amended Complaint.

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

Dated: 1/25/01

JAN 25 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

ROBERT N. BRITTON,

Plaintiff,

vs

USS GREAT LAKES FLEET, INC.,

Defendant.

Case No: 00-2160 PAM/RLE
HON. PAUL A. MAGNUSON

**STIPULATION TO AMEND COMPLAINT**

NOW COME the parties, by and through counsel undersigned, and hereby stipulate to grant Plaintiff leave to file a First Amended Complaint in the above-entitled action.

O'BRYAN BAUN COHEN

NEIL A. DAVIS
Attorney for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262

BAUGHMAN & ASSOC. CO., IPA

Eileen M. Joyce (with consent)
EILEEN M. JOYCE
Attorney for Defendant
55 Public Square, Ste. 2215
Cleveland, OH 44113-1996
(216) 687-1244

JAN 25 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(30)