**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

| | | |
|---|---|---|
| ROBERT N. BRITTON | ) | Case No. 00-2160 PAM/RLE |
| | ) | |
| Plaintiff, | ) | JUDGE: Paul A. Magnuson |
| | ) | MAGISTRATE: Raymond L. Erickson |
| vs. | ) | |
| | ) | |
| U.S.S. GREAT LAKES FLEET, INC., | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

Upon agreement of the parties and with the Court sufficiently advised, it is hereby ORDERED, ADJUDGED and DECREED that pursuant to Federal Civil Procedure 30(a)(2), the parties may take the deposition of the Plaintiff Robert Britton, who is currently incarcerated in Douglas County Jail, Superior, Wisconsin.

May 9, 2001
Date

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

FILED MAY 09 2001