UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert N. Britton, CIVIL 00-2160 (PAM)

Plaintiff,

v.

U.S.S. Great Lakes Fleet, Inc.,

Defendant.

---

**ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 30, 2002, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: December 10, 2002

Paul A. Magnuson, Judge
United States District Court

FILED DEC 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Britton Civil 00-2160 DWF/RLE

vs

USS Great Lakes Fleet

This case is now assigned to Judge Donovan W. Frank