UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Robert N. Britton,

Plaintiff,

vs. ORDER

U.S.S. Great Lakes Fleet, Inc.,

Defendant. Civ. No. 00-2160(DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of August, 2003.

* * *

On July 21, 2003, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Monday, August 25, 2003. On August 4, 2003, this Court was informed that the Trial date had been rescheduled to commence on November 17, 2003, and the parties requested that the Settlement Conference also be reset. Accordingly, the informal joint request to reset the Settlement Conference will be granted.

THEREFORE, It is --

ORDERED:

1. That the Settlement Conference set for Monday, August 25, 2003, at 10:00 a.m., in Duluth, Minnesota, is stricken from this Court's calendar.

FILED AUG
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

89

2. That the Settlement Conference is reset to **Monday, October 20, 2003, at 10:00 a.m.,** in Court Room No. 3, United States Courthouse, Duluth, Minnesota, according to the following terms:

a. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

b. At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative aids as desired, of the factual and legal grounds upon which their respective client is entitled to a Jury Verdict and to the entry of Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation. **Counsel, the parties, and their representatives, should be prepared to expend the remainder of the day in the conduct of the Settlement Conference.**

c. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a continuance of the Conference will only be granted for good cause shown upon **formal Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

d. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

e. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE