UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Robert N. Britton,

Plaintiff,

vs. MINUTE ORDER

U.S.S. Great Lakes
Fleet, Inc.,

Defendant. Civ. No. 00-2160 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of August, 2003.

* * *

On July 31, 2003, the Court heard argument on the Plaintiff's Motions for Leave to File a Non-Dispositive Motion, and to Deem Requests for Admissions Admitted. For these purposes, the Plaintiff appeared by Howard M. Cohen, Esq., and the Defendant appeared by Eileen M. Joyce, Esq.

At the Hearing, the Defendant stated that it did not object to the Plaintiff's Motion for Leave to File a Non-Dispositive Motion. Accordingly, despite the absence of "good cause" to excuse the untimeliness of the Plaintiff's Motion, see, Rule 16, Federal Rules of Civil Procedure, we granted the Plaintiff's Motion for Leave to File a Non-Dispositive Motion and, therefore, we considered the

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

merits of the Plaintiff's Motion to Deem Requests for Admission Admitted.

The Defendant objected to the merits of the Plaintiff's Motion, and asserted that it did not answer the Plaintiff's Requests for Admissions because the Requests were served after the close of discovery. As we expressed at the Hearing on the Motions, however, Requests for Admissions are not discovery. See, Lakehead Pipe Line Co. v. American Home Assur. Co., 177 F.R.D. 454, 458 (D. Minn. 1997)("Requests for Admission are not a discovery device."), citing, T. Rowe Price Small-Cap Fund v. Oppenheimer & Co., 174 F.R.D. 38, 42 (S.D.N.Y. 1997); O'Neill v. Medad, 166 F.R.D. 19, 21 (E.D. Mich. 1996); Workman v. Chinchinian, 807 F.Supp. 634, 648 (E.D. Wash. 1992); State of Vermont v. Staco, Inc., 684 F.Supp. 822, 829 (D.Vt. 1988). Therefore, we determined that the Defendant's objection to the Plaintiff's Requests for Admissions was unjustified. For reasons that were fully expressed at the Hearing, however, we denied the Plaintiff's Motion to Deem Requests for Admissions Admitted and, instead, ordered the Defendant to answer the Plaintiff's Requests for Admissions **by no later than August 21, 2003.** See, Rule 36, Federal Rules of Civil Procedure ("Unless the court determines that an objection is justified, it shall order than an answer be served.").

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff's Motion for Leave to File a Non-Dispositive Motion [Docket No. 82, part 1] is GRANTED.

2. That the Plaintiff's Motion to Deem Requests for Admissions Admitted [Docket No. 82, part 2] is DENIED.

3. That the Defendant is directed, **by no later than August 21, 2003**, to serve upon the Plaintiff its Answers to the Requests for Admissions.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE