**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ROBERT N. BRITTON,

Plaintiff,

v.

U.S.S. GREAT LAKES FLEET, INC.,

Defendant.

Civil No. 00-2160 (DWF/RLE)

**ORDER OF DISMISSAL**

---

Michael Lien, Esq., Stauber & Lien, 1011 East Central Entrance, Duluth, MN 55811-5501; Dennis O'Bryan, Esq., and Neil Davis, Esq., O'Bryan Baun Cohen & Kuebler, 401 South Woodward, Suite 320, Birmingham, MN 48009, counsel for Plaintiff.

Michael Orman, Esq., and Nancy Cade von Seggern, Esq., Orman & Nord, 1301 Miller Trunk Highway, Suite 400, Duluth, MN 55811; R. Patrick Baughman, Esq., Eileen Joyce, Esq., Jeffrey Ruple, Esq., Alan Johnson, Esq., and James Collin, Esq., Baughman & Associates, 55 Public Square, Suite 2215, Cleveland, OH 44113, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 13, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 13 2003
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.